IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1: 18-CR-393-2 |
| | ) | |
| DEQUANTEY MAURICE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. The defendant's appointed counsel filed a response indicating no objection to the recommendation. Doc. 231. Mr. Williams filed a paper writing he entitled "Objections to the magistrate Judge's Memorandum opinion and recommendation, Doc. 232, in which he agreed with the recommendation to unseal the identified paper writing but asked the Court to either "enter an order modifying [his] criminal history score. . . or revise the PSR.

The Court adopts the Magistrate Judge's Recommendation. There is no need for another order, since the sealed page at issue reflects the revised criminal history score and will be unsealed as recommended. The only reason the defendant has identified for a separate order is so he can have "proof" of the lowered guideline range, Doc. 232 at 1-2, and that goal is met by sending the Bureau of Prisons a copy of the relevant page.

It is **ORDERED** that the defendant's motion, Doc. 209, is **GRANTED in part**. Counsel for the defendant, with the aid of counsel for the United States if necessary, is

authorized to forward a copy of this Order and of the Section 3582(c)(2) Statement of Reasons, Doc. 194, to officials of the Bureau of Prisons for the same types of correctional uses and under the same type of security controls as other sentencing-related, court documents customarily made available to the Bureau of Prisons, such as presentence investigation reports.

This the 5th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE